No. 317. CUTTING ET AL. *v.* HIGLEY, ADMINISTRATOR OF VETERANS AFFAIRS, ET AL. The motion for leave to file brief of Queens County American Legion, Department of New York, as *amicus curiae,* is denied. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Claude L. Dawson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Lester S. Jayson* for respondents.

OCTOBER 23, 1956.

No. 332. DICTOGRAPH PRODUCTS Co., INC., *v.* SONOTONE CORPORATION ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Louis P. Haffer* for petitioner. *John E. Fetzer* was on the stipulation for Greibach, respondent. With him on a brief in opposition to the petition was *Charles H. Tuttle* for the Sonotone Corporation, respondent.

NOVEMBER 5, 1956.

No. 326. NUNN *v.* CALIFORNIA. *Per Curiam:* The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Morris Lavine* for appellant.